## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY L. SYPECK, | |
| Plaintiff, | CIVIL ACTION NO. 3:12-CV-324 |
| v. | (JUDGE CAPUTO) |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

## **ORDER**

**NOW**, this ___15th___ day of June, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant's motion to dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part.** Count II of Plaintiff's amended complaint is **DISMISSED with prejudice.**

(2) The matter is **REMANDED** to the Court of Common Pleas for Luzerne County, Pennsylvania.

(3) The Clerk of Court is directed to mark this case as closed.


        /s/ A. Richard Caputo  
        A. Richard Caputo  
        United States District Judge