**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| TERRY L. SYPECK,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 3:12-CV-324<br><br>(JUDGE CAPUTO) |

**ORDER**

    **NOW**, this   15th   day of June, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendant's motion to dismiss (Doc. 7) is **GRANTED in part** and **DENIED in part.** Count II of Plaintiff's amended complaint is **DISMISSED with prejudice.**

(2) The matter is **REMANDED** to the Court of Common Pleas for Luzerne County, Pennsylvania.

(3) The Clerk of Court is directed to mark this case as closed.

                                                            /s/ A. Richard Caputo<br>
                                                            A. Richard Caputo<br>
                                                            United States District Judge